NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SARABAY MARINE, INC., a Florida )
Corporation, and PND, LLC, a Florida )
Limited Liability Company, )
)
Appellants, )
)
v. ) Case No. 2D18-687
)
ROBERT GREENE, ESQ., an )
individual, and GREENE, HAMRICK, )
PERREY, QUINLAN & SCHERMER, )
P.A., a Florida Professional Association, )
)
Appellees. )
)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Manatee
County; Lon Arend, Judge.

Steven C. Dupré, Kevin P. McCoy, Sylvia
H. Walbolt and Nicholas A. Brown of
Carlton Fields Jorden Burt, P.A., Tampa,
for Appellants.

Ceci Culpepper Berman and Thomas J.
Seider of Brannock & Humpries, Tampa,
for Appellees.


PER CURIAM.

Affirmed.


LaROSE, C.J., and MORRIS and SLEET, JJ., Concur.